UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Cory Knecht and Bernadette Knecht,         :         Case 16-17242
                                                                                  :
                                    Debtors.                         :         Chapter 13

## CERTIFICATION OF NO ANSWER

I, Barton Knochenmus, Esq., counsel for the captioned Chapter 13 Debtors, hereby certify that no Answers, Objections, Responsive Pleadings, or Requests for Hearing have been filed or served in response to Debtors' Motion to Avoid Judicial Lien within fourteen (14) days as required by Local Rule 9014-3( I ) governing motions and answers, and served upon:

Erie Insurance
PO Box 4286
Bethlehem PA 18018

Erie Insurance
2200 W Broad Street Suite 1
Bethlehem PA 18018

Erie Insurance Group
100 Erie Insurance Place
Erie PA 16530-1104

Paul/Patricia Hitzel
424 Iron St
Easton PA 18042

Office of the US Trustee
833 Chestnut Street Suite 500
Philadelphia PA 19107

Pursuant to Local Rule 9014-3 ( j ), Debtors now respectfully request their proposed Order be granted.

By:     /s/ Barton Knochenmus, Esq.
Barton Knochenmus, Esq.
Attorney for Debtors
1275 Glenlivet Drive Suite 100
Allentown, Pennsylvania 18106-3107
610-770-3575

Dated:  January 25, 2017