United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Cory Knecht
Bernadette Knecht
    Debtors

Case No. 16-17242-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith    Page 1 of 1    Date Rcvd: Jan 27, 2017
                       Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2017.
db/jdb        Cory Knecht,    Bernadette Knecht,   1068 West Wilkes Barre Street,   Easton, PA  18042-6380

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 28 2017 01:55:54
            PRA Receivables Management, LLC,   POB 41067,   NORFOLK, VA 23541-1067
                                                                                                  TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2017 at the address(es) listed below:
            BARTON   KNOCHENMUS   on behalf of Joint Debtor Bernadette  Knecht knochenmuslaw@gmail.com
            BARTON   KNOCHENMUS   on behalf of Debtor Cory  Knecht knochenmuslaw@gmail.com
            DENISE ELIZABETH CARLON   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                   TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Cory Knecht and Bernadette Knecht,        :        Case 16-17242
                                                  :
            Debtors.                              :        Chapter 13

<u>ORDER</u>

AND NOW, in consideration of Debtors' Motion to avoid judicial liens in favor of Erie Insurance,

AND AFTER HEARING all parties wishing to be heard on this matter, it is hereby

ORDERED, the Motion of the above-named Debtors to avoid judicial liens of Erie Insurance is GRANTED by default.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates any lien voided under §522.

The said judicial liens are entered of record as follows:  C-0048-CV-2005-09046 and C-0048-CV-2005-09236 in the judgment records of Northampton County, Pennsylvania.

Unless Debtors' bankruptcy case is dismissed, the lien of this creditor, or their successor-in-interest, is avoided to the extent it impairs Debtors' exemptions, and the lien shall not survive bankruptcy, affix to or remain enforceable against the property of Debtors located in Northampton County, Pennsylvania.

Debtors may take all necessary steps to remove any record of the lien from the aforementioned property of the Debtors.

BY THE COURT:

**Date: January 27, 2017**

_____
Richard E Fehling
United States Bankruptcy Judge