

| | | EARNINGS | | | | TAXES | | | PRE-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current Earnings | Y-T-D Earnings | Description | | Current Amount | Y-T-D Amount | Description | Current Amount | Y-T-D Amount |
| REGULAR | 80.00 | 18.9709 | 1,517.70 | 24,327.37 | FICA | | 97.39 | 1,771.14 | WELL PT | 60.70 | 1,031.90 |
| COMPTIME | | | | 141.91 | MEDICARE | | 22.78 | 414.27 | RETIREDF | 81.57 | 1,479.84 |
| | | | | | FWH | | 192.57 | 3,488.28 | | | |
| OVERTIME | 4.00 | 28.4565 | 113.83 | 775.16 | PA TAX | | 48.22 | 876.98 | | | |
| SICK | | | | 1,185.71 | PA SUI | | 1.14 | 20.68 | | | |
| VACATION | | | | 1,992.33 | EASTON | | 30.63 | 557.04 | | | |
| | | | | | LSTEASTN | | 2.00 | 38.00 | | | |
| PERSONAL | | | | 417.36 | | | | | | | |
| HOLIDAY | | | | 758.85 | | | | | TOTAL PRE-TAX: | 142.27 | 2,511.74 |
| | | | | | | | | | AFTER-TAX DEDUCTION | | |
| | | | | | | | | | Description | Current Amount | Y-T-D Amount |
| | | | | | | | | | RETBUYBA | 0.00 | 403.50 |
| | | | | | | | | | UDRU | 22.76 | 432.25 |
| | | | | | TOTAL TAXES: | | 394.73 | 7,166.39 | TOTAL AFTER-TAX: | 22.76 | 835.75 |
| | | | | | TOTALS | | GROSS | | TAXABLE | NET PAY | |
| | | | | | CURRENT | | 1,631.53 | | 1,489.26 | 1,071.77 | |
| TOTAL EARNINGS: | | | 1,631.53 | 29,598.69 | YEAR TO DATE | | 29,598.69 | | 27,086.95 | 19,084.81 | |
| | Direct Deposit Information | | | | Leave | Accrual | | | Beginning | Used | Ending |
| DIRECT DEPOSIT/NET | | | | 1,071.77 | Record: | Description | | | Balance | | Balance |
| | | | | | | Vacation Balance | | | 1.65 | | 14.98 |
| | | | | | | Sick Leave Balance | | | 3.50 | | 10.83 |
| | | | | | | Personal Leave Bal | | | 0.01 | | 0.01 |
| | | | | | | Comp. Time Earned | | | 0.01 | | 0.01 |

Employee Name: KNECHT, BERNADETTE LOUISE
County of Northampton
669 Washington Street
Easton, PA 18042-7471
Employee ID: 07936
EFT Date: 09/30/16
Period Begin: 09/11/16
Period Ending: 09/24/16
Status/Exempt: Fed: S/0
Additional WH. Fed: 0.00
Sort: 3130
EFT No.: 00619139



County of Northampton
669 Washington Street
Easton, PA 18042-7471

Employee Name: KNECHT, BERNADETTE LOUISE
Employee ID: 07936
EFT Date: 09/16/16
Period Begin: 08/28/16
Period Ending: 09/10/16
Status/Exempt: Fed: S/0
Additional WH. Fed: 0.00    Sort: 3130
EFT No.: 00617102

### EARNINGS

| Description | Hours | Rate | Current Earnings | Y-T-D Earnings |
|---|---|---|---|---|
| REGULAR | 55.50 | 18.9709 | 1,052.90 | 22,809.67 |
| COMPTIME | 6.98 | 18.9709 | 132.42 | 141.91 |
| OVERTIME | 4.00 | 28.4565 | 113.83 | 661.33 |
| SICK | 8.00 | 18.9709 | 151.77 | 1,185.71 |
| VACATION | 1.52 | 18.9709 | 28.84 | 1,992.33 |
| PERSONAL | | | | 417.36 |
| HOLIDAY | 8.00 | 18.9709 | 151.77 | 758.85 |
| TOTAL EARNINGS: | | | 1,631.53 | 27,967.16 |

### TAXES

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| FICA | 97.39 | 1,673.75 |
| MEDICARE | 22.78 | 391.49 |
| FWH | 192.57 | 3,295.71 |
| PA TAX | 48.22 | 828.76 |
| PA SUI | 1.14 | 19.54 |
| EASTON | 30.63 | 526.41 |
| LSTEASTN | 2.00 | 36.00 |
| TOTAL TAXES: | 394.73 | 6,771.66 |

### PRE-TAX DEDUCTIONS

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| WELL PT | 60.70 | 971.20 |
| RETIREDF | 81.57 | 1,398.27 |
| TOTAL PRE-TAX: | 142.27 | 2,369.47 |

### AFTER-TAX DEDUCTION

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| RETBUYBA | 40.35 | 403.50 |
| UDRU | 22.76 | 409.49 |
| TOTAL AFTER-TAX: | 63.11 | 812.99 |

### TOTALS

| | GROSS | TAXABLE | NET PAY |
|---|---|---|---|
| CURRENT | 1,631.53 | 1,489.26 | 1,031.42 |
| YEAR TO DATE | 27,967.16 | 25,597.69 | 18,013.04 |

Direct Deposit Information
DIRECT DEPOSIT/NET    1,031.42

| Leave Accrual Record: Description | Beginning Balance | Used | Ending Balance |
|---|---|---|---|
| Vacation Balance | 3.17 | 1.52 | 1.65 |
| Sick Leave Balance | 11.50 | 8.00 | 3.50 |
| Personal Leave Bal | 0.01 | | 0.01 |
| Comp. Time Earned | 6.99 | 6.98 | 0.01 |



| | | County of Northampton 669 Washington Street Easton, PA 18042-7471 | Employee Name: | KNECHT, BERNADETTE LOUISE | | | EFT No.: | 00615058 |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | 07936 | Period Begin: | 08/14/16 | Status/Exempt: Fed: | S/0 |
| | | | EFT Date: | 09/02/16 | Period Ending: | 08/27/16 | Additional WH. Fed: 0.00  Sort: | 3130 |

| EARNINGS | | | | | TAXES | | | PRE-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current Earnings | Y-T-D Earnings | Description | Current Amount | Y-T-D Amount | Description | Current Amount | Y-T-D Amount |
| REGULAR | 55.50 | 18.9709 | 1,052.90 | 21,756.77 | FICA | 97.39 | 1,576.36 | WELL PT | 60.70 | 910.50 |
| COMPTIME | 0.50 | 18.9709 | 9.49 | 9.49 | MEDICARE | 22.78 | 368.71 | RETIREDF | 81.57 | 1,316.70 |
| OVERTIME | 4.00 | 28.4565 | 113.83 | 547.50 | FWH | 192.57 | 3,103.14 | | | |
| SICK | | | | 1,033.94 | PA TAX | 48.22 | 780.54 | | | |
| VACATION | 24.00 | 18.9709 | 455.31 | 1,963.49 | PA SUI | 1.14 | 18.40 | | | |
| PERSONAL | | | | 417.36 | EASTON | 30.63 | 495.78 | | | |
| HOLIDAY | | | | 607.08 | LSTEASTN | 2.00 | 34.00 | | | |
| | | | | | | | | TOTAL PRE-TAX: | 142.27 | 2,227.20 |
| | | | | | | | | AFTER-TAX DEDUCTION | | |
| | | | | | | | | Description | Current Amount | Y-T-D Amount |
| | | | | | | | | RETBUYBA | 40.35 | 363.15 |
| | | | | | | | | UDRU | 22.76 | 386.73 |
| | | | | | TOTAL TAXES: | 394.73 | 6,376.93 | TOTAL AFTER-TAX: | 63.11 | 749.88 |
| | | | | | TOTALS | GROSS | | TAXABLE | | NET PAY |
| | | | | | CURRENT | 1,631.53 | | 1,489.26 | | 1,031.42 |
| TOTAL EARNINGS: | | | 1,631.53 | 26,335.63 | YEAR TO DATE | 26,335.63 | | 24,108.43 | | 16,981.62 |
| Direct Deposit Information | | | | | Leave Accrual Record: Description | | | Beginning Balance | Used | Ending Balance |
| DIRECT DEPOSIT/NET | | | | 1,031.42 | Vacation Balance | | | 27.17 | 24.00 | 3.17 |
| | | | | | Sick Leave Balance | | | 11.50 | | 11.50 |
| | | | | | Personal Leave Bal | | | 0.01 | | 0.01 |
| | | | | | Comp. Time Earned | | | 7.49 | 0.50 | 6.99 |

