UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Cory Knecht and Bernadette Knecht,   :   Case 16-17242
                                            :
                    Debtors.                :   Chapter 13

## CERTIFICATION OF NO ANSWER

I, Barton Knochenmus, Esq., counsel for the captioned Chapter 13 Debtors, hereby certify that no Answers, Objections, Responsive Pleadings, or Requests for Hearing have been filed or served in response to Debtors' Motion to Avoid Judicial Lien within fourteen (14) days as required by Local Rule 9014-3( i ) governing motions and answers, and served upon:

Cory Knecht
Bernadette Knecht
1068 W Wilkes Barre St
Easton PA 18042-6380

First Commonwealth Federal Credit Union
PO Box 20450
Lehigh Valley PA 18002-0450

First Commonwealth FCU
Attn: J. Weiler
PO Box 20450
Lehigh Valley PA 18002-0450

First Commonwealth FCU
257 Brodhead Rd
Bethlehem PA 18017

Office of the US Trustee
833 Chestnut Street Suite 500
Philadelphia PA 19107

Pursuant to Local Rule 9014-3 ( j ), Debtors now respectfully request their proposed Order be granted.

                                                                    By:    /s/ Barton Knochenmus, Esq.
                                                                               Barton Knochenmus, Esq.
                                                                               Attorney for Debtors
                                                                               1275 Glenlivet Drive Suite 100
                                                                               Allentown, Pennsylvania 18106-3107
                                                                               610-770-3575

Dated:   August 31, 2017