United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 16-17242-ref
Cory Knecht    Chapter 13
Bernadette Knecht
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Angela    Page 1 of 1    Date Rcvd: Aug 31, 2017
                 Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
db/jdb        Cory Knecht,    Bernadette Knecht,    1068 West Wilkes Barre Street,    Easton, PA  18042-6380
13811387      First Commonwealth FCU,    PO Box 20450,    Lehigh Valley PA 18002-0450
13811388     +First Commonwealth FCU,    257 Broadhead Rd,    Bethlehem PA 18017-8938
13964936      First Commonwealth FCU,    Attn: J. Weiler,    PO Box 20450,    Lehigh Valley PA 18002-0450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:
        BARTON  KNOCHENMUS    on behalf of Joint Debtor Bernadette  Knecht knochenmuslaw@gmail.com
        BARTON  KNOCHENMUS    on behalf of Debtor Cory  Knecht knochenmuslaw@gmail.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                            TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Cory Knecht and Bernadette Knecht,     :     Case 16-17242
                                               :
          Debtors.                             :     Chapter 13

### ORDER

AND NOW, in consideration of Debtors' Motion to avoid a judicial lien in favor of First Commonwealth Federal Credit Union,

AND AFTER HEARING all parties wishing to be heard on this matter, it is hereby

ORDERED, the Motion of the above-named Debtors to avoid a judicial lien of First Commonwealth FCU is GRANTED by default.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates any lien voided under §522.

The said judicial liens are entered of record as follows: MJ-03206-CV-0000118-2016 in the judgment records of Northampton County, Pennsylvania.

Unless Debtors' bankruptcy case is dismissed, the lien of this creditor, or their successor-in-interest, is avoided to the extent it impairs Debtors' exemptions, and the lien shall not survive bankruptcy, affix to or remain enforceable against the property of Debtors located in Northampton County, Pennsylvania.

Debtors may take all necessary steps to remove any record of the lien from the aforementioned property of the Debtors.

BY THE COURT:

**Date: August 31, 2017**

Richard E Fehling
United States Bankruptcy Judge