UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Cory Knecht and Bernadette Knecht,    :    Case 16-17242
:
Debtors.    :    Chapter 13

## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Barton Knochenmus, Esq, applies under §330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the captioned Debtors.

2. The Debtors filed a petition under chapter 13 of the Bankruptcy Code on October 13, 2016.

3. The Debtors' annualized current monthly income as set forth on Form B222C is below median.

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtors, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $4,848.00 for 55.0 hours expended in providing the following services: Analysis of the debtors' financial situation, rendering advice to debtor in determining whether to file a petition in bankruptcy, preparation and filing any petitions, schedules, statements and Plan which may be required, representation of the debtors at the meeting of creditors and confirmation hearing, and any adjourned hearing thereof, representation of the debtors in adversary proceedings and other contested bankruptcy matters, motions to avoid judicial liens, communications & negotiating with creditors and Trustee.

6. There are $15.86 expenses for which Applicant requests reimbursement:
    Postage, mailing doc'ts to clients & creditor service lists $14.06
    PACER fees $1.80

7. Debtors paid Applicant $1,000.00 prior to the filing of the petition.

8. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A".

9. A detailed record of Applicant's time committed to this Case is attached as Exhibit "B".

10. None of the compensation to be paid to Applicant will be shared with any person other than a member or regular associate of Applicant's law firm.

WHEREFORE, Applicant requests an award of $4,848.00 in compensation.

Dated: September 14, 2017        Signed:   /s/ Barton Knochenmus, Esq.
                                           Applicant

                                 Name:     Barton Knochenmus, Esq
                                 Address:  1275 Glenlivet Drive Suite 100
                                           Allentown, Pennsylvania 18106-3107
                                 Phone:    610-770-3575