United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17242-ref
Cory Knecht                                                               Chapter 13
Bernadette Knecht
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv            Page 1 of 1           Date Rcvd: Dec 14, 2017
                            Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2017.
13836778    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                P.O. Box 619096,   Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
     BARTON   KNOCHENMUS    on behalf of Joint Debtor Bernadette   Knecht knochenmuslaw@gmail.com
     BARTON   KNOCHENMUS    on behalf of Debtor Cory  Knecht knochenmuslaw@gmail.com
     DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
     FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-17242-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Cory Knecht
1068 West Wilkes Barre Street
Easton PA 18042-6380

Bernadette Knecht
1068 West Wilkes Barre Street
Easton PA 18042-6380

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/13/2017.

Name and Address of Alleged Transferor(s):

Claim No. 4: Nationstar Mortgage LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

US Bank Trust National Association as Trustee
c/o BSI Financial Services
1425 Greenway Dr., ste 400
Irving TX 75038

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/16/17

Tim McGrath
**CLERK OF THE COURT**