UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Cory Knecht and Bernadette Knecht,        :        Case 16-17242
                                                                              :
                    Debtors.                                         :        Chapter 13

## CERTIFICATION OF NO ANSWER

I, Barton Knochenmus, Esq., counsel for the captioned Chapter 13 Debtors, hereby certify that no answers, objections, responsive pleadings, or requests for hearing have been filed or served in response to Debtors' Counsel's Application for Compensation and Reimbursement of Expenses within twenty-one (21) days, as required by FRBP 2002(a)(6) *Notices to Parties in Interest* and Local Bankruptcy Rule 2016-1( c ) *Certification of Notice*, governing motions, applications and answers, and served upon:

BSI FINANCIAL SERVICES, INC.
1425 GREENWAY DRIVE, SUITE 400
IRVING, TX 75038

Cory/Bernadette Knecht
1068 West Wilkes Barre Street
Easton, PA 18042-6380

NATIONSTAR MORTGAGE LLC
represented by DENISE CARLON, Esq.
c/o KML Law Group, P.C.
701 Market Street Suite 5000
Philadelphia, PA 19106

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541

FREDERICK L. REIGLE
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

U.S. BANK NATIONAL ASSOCIATION
c/o Robertson Anschutz & Schneid, P.L.
6409 Congress Ave., Suite 100
Boca Raton  FL 33487

US Bank Trust National Association as Trustee of Igloo Series III Trust
c/o Robertson Anschutz & Schneid, P.L.
6409 Congress Ave., Suite 100
Boca Raton  FL 33487

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street Suite 500
Philadelphia, PA 19107

All creditors and interested parties on Matrix

Consistent with Local Bankruptcy Rule 2016-1(d) *Disposition of Application*, Applicant respectfully requests this Court award the compensation and reimbursement sought.

BY:    /s/ Barton Knochenmus, Esq.
Barton Knochenmus, Esq.
Attorney for Debtors
105 E Poplar St
Nanticoke PA 18634-1119
610-770-3575

Dated:  March 20, 2018