United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cory Knecht  
Bernadette Knecht  
    Debtors

Case No. 16-17242-ref  
Chapter 13

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: dlv                  Page 1 of 1                  Date Rcvd: Mar 22, 2018
                              Form ID: pdf900            Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.
```
db/jdb          Cory Knecht,    Bernadette Knecht,    1068 West Wilkes Barre Street,    Easton, PA  18042-6380
cr             +BSI FINANCIAL SERVICES, INC.,    1425 GREENWAY DRIVE, SUITE 400,    IRVING, TX 75038-2480
cr             +U.S. BANK NATIONAL ASSOCIATION,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton,, FL  33487,    UNITED STATES 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2018 01:41:09
                 PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
                                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              US Bank Trust National Association as Trustee of t
cr*            +PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:
```
              BARTON   KNOCHENMUS, ESQ.    on behalf of Joint Debtor Bernadette  Knecht knochenmuslaw@gmail.com
              BARTON   KNOCHENMUS, ESQ.    on behalf of Debtor Cory  Knecht knochenmuslaw@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Cory Knecht and Bernadette Knecht,   :   Case 16-17242
                                              :
              Debtors.                        :   Chapter 13

ORDER

AND NOW, in consideration of the Motion of Debtors' Counsel on Application for Allowance of Attorney Fees and Reimbursement of Expenses, and Notice of Application having been duly sent to all creditors and interested parties by Barton Knochenmus, Esq., Counsel for Debtors, and upon Counsel having certified to the Court the absence of the filing or serving of any answer, objection, responsive pleading or request for hearing, it is hereby

ORDERED, the Application of Barton Knochenmus, Esq. for Compensation and Reimbursement of Expenses is approved in the total amount of $4,863.86, of which $1,000.00 has already been paid.

BY THE COURT:

**Date: March 22, 2018**

Richard E Fehling
United States Bankruptcy Judge