| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-17242-PMM

CORY KNECHT
BERNADETTE KNECHT
1068 WEST WILKES BARRE STREET
EASTON  PA  18042-6380

Petition Filed Date: 10/13/2016
341 Hearing Date: 02/28/2017
Confirmation Date: 09/14/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $399.00 | | 02/15/2019 | $399.00 | | 03/18/2019 | $399.00 | |
| 04/15/2019 | $399.00 | | 05/28/2019 | $399.00 | | 06/13/2019 | $399.00 | |
| 07/15/2019 | $399.00 | | 08/19/2019 | $399.00 | | 09/23/2019 | $399.00 | Monthly Plan P |
| 10/15/2019 | $399.00 | 6251597000 | 11/15/2019 | $399.00 | 6332055000 | 12/16/2019 | $399.00 | 6403057000 |
| 01/21/2020 | $399.00 | 6486470000 | 02/14/2020 | $399.00 | 6561998000 | 03/16/2020 | $399.00 | 6640888000 |
| 04/13/2020 | $399.00 | 6703598000 | 05/13/2020 | $399.00 | 6785334000 | 06/15/2020 | $399.00 | 6856100000 |
| 07/13/2020 | $399.00 | 6926425000 | | | | | | |

**Total Receipts for the Period: $7,581.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,569.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | BSI FINANCIAL SERVICES<br>»» 004 | Mortgage Arrears | $13,091.33 | $10,901.95 | $2,189.38 |
| 5 | BECKET & LEE, LLP<br>»» 005 | Unsecured Creditors | $171.88 | $0.00 | $171.88 |
| 6 | FIRST COMMONWEALTH FCU<br>»» 006 | Unsecured Creditors | $2,293.26 | $0.00 | $2,293.26 |
| 2 | FIRST NATIONAL BANK OMAHA<br>»» 002 | Unsecured Creditors | $1,362.25 | $0.00 | $1,362.25 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 013 | Unsecured Creditors | $855.94 | $0.00 | $855.94 |
| 11 | MERRICK BANK<br>»» 011 | Unsecured Creditors | $842.93 | $0.00 | $842.93 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $905.66 | $0.00 | $905.66 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $697.94 | $0.00 | $697.94 |
| 8 | ORTHOPEDIC ASSOCIATES OF LEHIGH VALLEY<br>»» 008 | Unsecured Creditors | $102.25 | $0.00 | $102.25 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $683.21 | $0.00 | $683.21 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $7,718.75 | $0.00 | $7,718.75 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $429.40 | $0.00 | $429.40 |
| 1 | QUANTUM 3 GROUP LLC AS AGENT FOR<br>»» 001 | Secured Creditors | $2,954.73 | $0.00 | $2,954.73 |

**Chapter 13 Case No. 16-17242-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 12 | TD BANK USA NA<br>»» 012 | Unsecured Creditors | $2,427.03 | $0.00 | $2,427.03 |
| 15 | ****BARTON G KNOCHENMUS ESQ - DECEASED<br>»» 015 | Attorney Fees | $3,863.86 | $3,863.86 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,569.00 | Current Monthly Payment: | $399.00 |
| Paid to Claims: | $14,765.81 | Arrearages: | ($2.00) |
| Paid to Trustee: | $1,444.09 | Total Plan Base: | $22,153.00 |
| Funds on Hand: | $359.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.