| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 16-17242-PMM

CORY KNECHT
BERNADETTE KNECHT
1068 WEST WILKES BARRE STREET
EASTON  PA    18042-6380

Petition Filed Date: 10/13/2016
341 Hearing Date: 02/28/2017
Confirmation Date: 09/14/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | $399.00 | 6486470000 | 02/14/2020 | $399.00 | 6561998000 | 03/16/2020 | $399.00 | 6640888000 |
| 04/13/2020 | $399.00 | 6703598000 | 05/13/2020 | $399.00 | 6785334000 | 06/15/2020 | $399.00 | 6856100000 |
| 07/13/2020 | $399.00 | 6926425000 | 08/14/2020 | $399.00 | 7012908000 | 09/14/2020 | $399.00 | 7082016000 |
| 10/13/2020 | $399.00 | 7152868000 | 11/13/2020 | $399.00 | 7230245000 | 12/14/2020 | $399.00 | 7305265000 |
| 01/14/2021 | $399.00 | 7374663000 | 02/16/2021 | $399.00 | 7445774000 | 03/15/2021 | $399.00 | 7522462000 |
| 04/12/2021 | $399.00 | 7590423000 | 05/13/2021 | $399.00 | 7661083000 | | | |

**Total Receipts for the Period:  $6,783.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $20,559.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | BSI FINANCIAL SERVICES <br> »» 004 | Mortgage Arrears | $13,091.33 | $13,091.33 | $0.00 |
| 5 | BECKET & LEE, LLP <br> »» 005 | Unsecured Creditors | $171.88 | $0.00 | $171.88 |
| 6 | FIRST COMMONWEALTH FCU <br> »» 006 | Unsecured Creditors | $2,293.26 | $0.00 | $2,293.26 |
| 2 | FIRST NATIONAL BANK OMAHA <br> »» 002 | Unsecured Creditors | $1,362.25 | $0.00 | $1,362.25 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC <br> »» 013 | Unsecured Creditors | $855.94 | $0.00 | $855.94 |
| 11 | MERRICK BANK <br> »» 011 | Unsecured Creditors | $842.93 | $0.00 | $842.93 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT <br> »» 009 | Unsecured Creditors | $905.66 | $0.00 | $905.66 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT <br> »» 010 | Unsecured Creditors | $697.94 | $0.00 | $697.94 |
| 8 | ORTHOPEDIC ASSOCIATES OF LEHIGH VALLEY <br> »» 008 | Unsecured Creditors | $102.25 | $0.00 | $102.25 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 014 | Unsecured Creditors | $683.21 | $0.00 | $683.21 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 003 | Unsecured Creditors | $7,718.75 | $0.00 | $7,718.75 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 007 | Unsecured Creditors | $429.40 | $0.00 | $429.40 |
| 1 | QUANTUM 3 GROUP LLC AS AGENT FOR <br> »» 001 | Secured Creditors | $2,954.73 | $1,485.41 | $1,469.32 |
| 12 | TD BANK USA NA <br> »» 012 | Unsecured Creditors | $2,427.03 | $0.00 | $2,427.03 |

**Chapter 13 Case No. 16-17242-PMM**

| 15 | ****BARTON G KNOCHENMUS ESQ - DECEASED  Attorney Fees<br>»»  015 | $3,863.86 | $3,863.86 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,559.00 | Current Monthly Payment: | $399.00 |
| Paid to Claims: | $18,440.60 | Arrearages: | ($401.00) |
| Paid to Trustee: | $1,759.30 | Total Plan Base: | $22,153.00 |
| Funds on Hand: | $359.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.