Certificate Number: 14912-PAE-DE-036010021

Bankruptcy Case Number: 16-17242



14912-PAE-DE-036010021

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 22, 2021, at 11:09 o'clock AM EDT, Cory Knecht completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 22, 2021

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor