Certificate Number: 14912-PAE-DE-036010020

Bankruptcy Case Number: 16-17242



14912-PAE-DE-036010020

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 22, 2021</u>, at <u>11:09</u> o'clock <u>AM EDT</u>, <u>Bernadette Knecht</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>September 22, 2021</u>           By:     <u>/s/Jai Bhatt</u>

                                                        Name:  <u>Jai Bhatt</u>

                                                        Title:   <u>Counselor</u>