# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | Cory and Bernadette Knecht, | : | Chapter 13 |
| | | : | |
| | | : | Case No. 16-17242 (PMM) |
| | | : | |
| | Debtors. | : | |

## ORDER TO SHOW CAUSE

**AND NOW,** this bankruptcy case having been filed on October 13, 2016;

AND the Debtors having been represented initially by Attorney Barton Knochenmus ("Attorney Knochenmus");

BUT Attorney Knochenmus having died in 2018;

AND the Debtors apparently not being represented by new counsel, but rather proceeding *pro se*;

AND, despite an Order being entered on October 27, 2021 stating that the Debtors would not receive a discharge if a Certification regarding Domestic Support Obligation was not filed, see doc. #74, such Certification not having been filed to date;

It is, therefore, hereby **ORDERED**, that the Debtors **SHALL APPEAR** for a hearing on **Thursday, January 13, 2022 at 11:00 a.m**. The hearing will be conducted telephonically. The dial-in phone number is 1-888-636-3807 and the access code is 4954493. Failure to appear at this Hearing may result in the closing of this case **without the Debtors receiving a discharge.**

**Date: January 4, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE