United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-17242-pmm |
| Cory Knecht | Chapter 13 |
| Bernadette Knecht | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 04, 2022 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Cory Knecht, Bernadette Knecht, 1068 West Wilkes Barre Street, Easton, PA 18042-6380 |
| cr | + | BSI FINANCIAL SERVICES, INC., 1425 GREENWAY DRIVE, SUITE 400, IRVING, TX 75038-2480 |
| cr | + | BSI Financial Services as servicer for U.S. Bank T, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2022 00:17:28 | PRA Receivables Management, LLC, POB 41067, NORFOLK, VA 23541-1067 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, as Trustee |
| cr | | US Bank Trust National Association as Trustee of t |
| cr | *+ | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 06, 2022 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 04, 2022 | Form ID: pdf900 | Total Noticed: 5 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|

BARTON KNOCHENMUS, ESQ.
    on behalf of Debtor Cory Knecht pennlawyer@hotmail.com

BARTON KNOCHENMUS, ESQ.
    on behalf of Joint Debtor Bernadette Knecht pennlawyer@hotmail.com

DENISE ELIZABETH CARLON
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor BSI Financial Services as servicer for U.S. Bank Trust National Association  as Trustee of the Igloo Series III Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Cory and Bernadette Knecht, | : | Chapter 13 |
| | : | |
| | : | Case No. 16-17242 (PMM) |
| | : | |
| Debtors. | : | |

## ORDER TO SHOW CAUSE

**AND NOW,** this bankruptcy case having been filed on October 13, 2016;

AND the Debtors having been represented initially by Attorney Barton Knochenmus ("Attorney Knochenmus");

BUT Attorney Knochenmus having died in 2018;

AND the Debtors apparently not being represented by new counsel, but rather proceeding *pro se*;

AND, despite an Order being entered on October 27, 2021 stating that the Debtors would not receive a discharge if a Certification regarding Domestic Support Obligation was not filed, see doc. #74, such Certification not having been filed to date;

It is, therefore, hereby **ORDERED**, that the Debtors **SHALL APPEAR** for a hearing on **Thursday, January 13, 2022 at 11:00 a.m**. The hearing will be conducted telephonically. The dial -in phone number is 1-888-636-3807 and the access code is 4954493. Failure to appear at this Hearing may result in the closing of this case **without the Debtors receiving a discharge.**

Date:  January 4, 2022

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE