United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cory Knecht  
Bernadette Knecht  
    Debtors

Case No. 16-17242-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 14, 2022 | Form ID: 138OBJ | Total Noticed: 47 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Cory Knecht, Bernadette Knecht, 1068 West Wilkes Barre Street, Easton, PA 18042-6380 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14557333 | + | BSI Financial Services, CO Lorraine Gazzara Doyle, Esq., Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| 13811381 | + | Bank of America, 4909 Savarese Cir, Tampa FL 33634-2413 |
| 13811383 | + | CB of Lehigh Valley, 1414 Millard St, Bethlehem PA 18018-2632 |
| 13846821 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13849361 | + | Erie Insurance, Attn: Legal, 2200 W Broad Street Suite 1, Bethlehem PA 18018-3247 |
| 13811387 | | First Commonwealth FCU, PO Box 20450, Lehigh Valley PA 18002-0450 |
| 13964936 | | First Commonwealth FCU, Attn: J. Weiler, PO Box 20450, Lehigh Valley PA 18002-0450 |
| 13811388 | + | First Commonwealth FCU, 257 Broadhead Rd, Bethlehem PA 18017-8938 |
| 13836778 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 13811396 | + | Nationstar Mortgage, 8950 Cyress Waters Boulevard, Coppell TX 75019-4620 |
| 13823810 | + | Nationstar Mortgage LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13871791 | + | Orthopedic Associates of Lehigh Valley, c/o GEM Recovery Systems, 99 KinderKamack Road, Westwood, NJ 07675-3012 |
| 13815107 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 13811400 | | Portnoff Law Associates, Attn: Kevin Buraks, Esq., 1000 Sandy Hill Road Suite 150, Norristown PA 19401 |
| 13811399 | | Portnoff Law Associates, PO Box 3020, Norristown PA 19404-3020 |
| 13811403 | + | TD Bank/Target, 3701 Wayzata Boulevard #MS6C, Minneapolis MN 55416-3440 |
| 14027866 | + | US Bank Trust National Association as Trustee, c/o BSI Financial Services, 1425 Greenway Dr., ste 400, Irving TX 75038-2480 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2022 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 14 2022 23:41:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13811380 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 14 2022 23:41:00 | Ally Financial, PO Box 380901, Bloomington MN 55438-0901 |
| 13811382 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 16-17242-pmm   Doc 83   Filed 01/16/22   Entered 01/17/22 00:30:08   Desc Imaged
                              Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2022 | Form ID: 138OBJ | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| | | Jan 14 2022 23:43:54 | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 13846821 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Jan 14 2022 23:43:55 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13811385 | + Email/Text: convergent@ebn.phinsolutions.com | | |
| | | Jan 14 2022 23:41:00 | Convergent Outsourcing, 800 SW 39th St, Renton WA 98057-4927 |
| 13811386 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jan 14 2022 23:43:53 | Credit One Bank, PO Box 98873, Las Vegas NV 89193-8873 |
| 13811390 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Jan 14 2022 23:43:54 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls SD 57104-4868 |
| 13811392 | + Email/Text: BKRMailOPS@weltman.com | | |
| | | Jan 14 2022 23:41:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn OH 44333-4600 |
| 13811393 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jan 14 2022 23:41:00 | Kohls/Cap One, PO Box 3115, Milwaukee WI 53201-3115 |
| 13885133 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jan 14 2022 23:43:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13881397 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jan 14 2022 23:41:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13811394 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jan 14 2022 23:43:51 | Merrick Bank, 10705 S Jordan Gtwy Ste 200, South Jordan UT 84095-3977 |
| 13811395 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jan 14 2022 23:41:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego CA 92123-2255 |
| 13811397 | + Email/PDF: cbp@onemainfinancial.com | | |
| | | Jan 14 2022 23:43:53 | One Main, 6801 Colwell Boulevard, Irving TX 75039-3198 |
| 13829954 | + Email/PDF: cbp@onemainfinancial.com | | |
| | | Jan 14 2022 23:43:52 | Onemain, 605 Munn Road, FT Mill, SC 29715-8421 |
| 13811398 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jan 14 2022 23:43:52 | Portfolio Recovery Associates, 120 Corporate Boulevard Suite 100, Norfolk VA 23502 |
| 13863722 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jan 14 2022 23:43:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13809124 | + Email/PDF: rmscedi@recoverycorp.com | | |
| | | Jan 14 2022 23:43:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13918806 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Jan 14 2022 23:41:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13811124 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jan 14 2022 23:41:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 13811401 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 14 2022 23:43:52 | SYNCB/Sams Club, PO Box 965005, Orlando FL 32896-5005 |
| 13811402 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 14 2022 23:43:54 | Sychrony Bank/Walmart, PO Box 965024, Orlando FL 32896-5024 |
| 13894309 | + Email/Text: bncmail@w-legal.com | | |
| | | Jan 14 2022 23:41:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14618424 | + Email/Text: bknotices@snsc.com | | |
| | | Jan 14 2022 23:41:00 | U.S. Bank Trust National Association, as, Trustee of Igloo Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13811389 | *P++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020, address filed with court:, First National Bank of Omaha, PO Box 3412, Omaha NE 68103 |
| 13930626 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14076815 | ## | Barton Knochenmus, Esq., 105 E Poplar St, Nanticoke PA 18634-1119 |
| 13811384 | ##+ | City of Easton, Revenue Dept, 1 South 3rd St, Easton PA 18042-4543 |
| 13811391 | ##+ | GEM Recovery Systems, 99 Kinderkamack Rd Ste 308, Westwood NJ 07675-3021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2022                        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2022 at the address(es) listed below:

**Name**     **Email Address**

BARTON KNOCHENMUS, ESQ.
    on behalf of Joint Debtor Bernadette Knecht pennlawyer@hotmail.com

BARTON KNOCHENMUS, ESQ.
    on behalf of Debtor Cory Knecht pennlawyer@hotmail.com

DAVID W. TIDD
    on behalf of Debtor Cory Knecht bankruptcy@davidtiddlaw.com debbburdick@gmail.com

DAVID W. TIDD
    on behalf of Joint Debtor Bernadette Knecht bankruptcy@davidtiddlaw.com debbburdick@gmail.com

DAVID W. TIDD
    on behalf of David W Tidd bankruptcy@davidtiddlaw.com debbburdick@gmail.com

DENISE ELIZABETH CARLON
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor BSI Financial Services as servicer for U.S. Bank Trust National Association  as Trustee of the Igloo Series III Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Cory Knecht and Bernadette Knecht
    Debtor(s)

Case No: 16−17242−pmm

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/14/22